IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ENTERTAINMENT RADIO NETWORK, LLC; BENCHMARK ENTERTAINMENT, LLC; and ALAN MASTERS, a.k.a. ALAN TAYLOR, | No. 1:15-cv-01916-CL<br>ORDER |
| Plaintiffs, | |
| vs. | |
| TIME, INC., | |
| Defendant. | |

AIKEN, Judge:

Magistrate Judge Clarke filed a Report and Recommendation on May 18, 2016. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(3). Objections have been filed, so this Court makes a "*de novo* determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1)(C); *accord* Fed. R. Civ. P. 72(b)(3); *Holder v.*

1 - ORDER

*Holder*, 392 F.3d 1009, 1022 (9th Cir. 2004).

I have reviewed this matter *de novo* and find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke (doc. 39). Defendant's Motion to Dismiss for Lack of Jurisdiction (doc. 18) is DENIED.

IT IS SO ORDERED.

Dated this 5th day of September 2016.

*Ann Aiken*
United States District Judge

2 - ORDER